**CHRISTOPHER D. BOYD, ISB# 9314**
**AARON J. BAZZOLI, ISB # 5512**
Canyon County Prosecuting Attorney
Canyon County Courthouse
1115 Albany Street
Caldwell, Idaho 83605
Telephone: (208) 454-7391
Facsimile: (208) 455-5955
Email: pacivilmail@canyoncounty.id.gov

*Attorneys for Defendant Canyon County*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH WOLFE, <br><br> Plaintiff, <br><br> v. <br><br> IDAHO DEPARTMENT OF HEALTH AND WELFARE; CANYON COUNTY; MONTE HENDERSON, in his individual and official capacities; MCKENNA LOWRY, in her individual and official capacities; TINA GRIFFIN, in her individual and official capacities; BENITA MILLER, in her individual and official capacities as Trial Court Administrator; JANE OR JOHN DOES 1-5, unknown Canyon County employees acting under the color of law. <br><br> Defendants. | CASE NO. 1:25-CV-00697-DCN <br><br> **DEFENDANT CANYON COUNTY'S NOTICE OF INTENT TO NOT FILE ADDITIONAL BRIEFS ON MOTION TO DISMISS** |

COMES NOW, Defendant Canyon County, by and through its attorney of record, Aaron Bazzoli, Chief Civil Deputy of the Canyon County Prosecuting Attorney's Office and hereby submits a Notice of its intent to rest upon the Memorandum and Response previous submitted in this matter.

**DEFENDANT CANYON COUNTY'S NOTICE OF INTENT TO NOT FILE ADDITIONAL BRIEFS ON MOTION TO DISMISS**

In the Court's Order of March 24, 2026, [Dkt. 20], Canyon County was extended an opportunity to respond to Plaintiff's Response to Canyon County's Moton to Dismiss [Dkt 18] by March 27, 2026.

Canyon County appreciates the Court's extension but will rest upon the Motion to Dismiss, [Dkt 10], its Memorandum in Support of its Motion to Dismiss, [Dkt. 10-1], and its Reply to Platiniff's Response to Canyon County's Motion to Dismiss [Dkt. 16].[1]

DATED this 26th day of March, 2026.

/s/ Aaron J. Bazzoli
Aaron J. Bazzoli,
Chief Civil Deputy
Canyon County Prosecuting Attorney's Office

---

[1] Defendant Canyon County notes, frustratingly so, Plaintiff's response to Canyon County's Motion to Dismiss was filed on March 23, 2026, almost a full week after the Court's Order granting the extension, [Dkt 15], without a new Motion and Order for Extension of Time and the new briefing and filing still fails to comport to Local Civil Rules 5.2 and 7.1 as required in the Order.

**DEFENDANT CANYON COUNTY'S NOTICE OF INTENT TO NOT FILE ADDITIONAL BRIEFS ON MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about this 26th day of March, 2026, I filed foregoing electronically through the CM/ECF system, and a copy was served via the method outlined below:

Bethan Star Niman
1999 South 25th East, #1008
Ammon, Idaho 83406
bethany.niman@StarLawID.com
*Via Email*

Joseph M Aldridge
Special Deputy Attorney General
Keegan C. Hahn
jma@sgaidaho.com
kch@sgaidaho.com
*Via Email*

/s/ Aaron J. Bazzoli
Aaron J. Bazzoli,
Chief Civil Deputy
Canyon County Prosecuting Attorney's Office